IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ZERO GRAVITY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-00682-RAH-JTA |
| | ) | |
| COMMERCIAL JET SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pending before the Court is Plaintiff's *Emergency Motion for Ex Parte Temporary Restraining Order* (doc. 28), filed on March 10, 2026. Accordingly, and for good cause, it is **ORDERED** as follows:

1.  To the extent that Plaintiff's motion (doc. 28) requests the *ex parte* issuance of a temporary restraining order, the motion is **DENIED**;

2.  Plaintiff's counsel **SHALL** immediately contact counsel for Defendant Commercial Jet Services, LLC and confer regarding the assertions in the motion and Plaintiff's requested relief;

3.  The Clerk of Court is **DIRECTED** to unseal the *ex parte* motion (doc. 28) and have it electronically served on counsel for Defendant Commercial Jet Services, LLC;

4.  This matter is **SET** for a telephonic status conference **on March 11, 2026, at 9:00 a.m. (CT)**; and,

5.  The Courtroom Deputy **SHALL** contact counsel with the necessary call-in information.

**DONE** on this the 10th day or March 2026.

_____

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE