IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZERO GRAVITY CORPORATION, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-00682-RAH-JTA |
| | ) |
| COMMERCIAL JET SERVICES, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pending before the Court is Plaintiff Zero Gravity Corporation's ("Zero Gravity") *Motion for Leave to File Second Amended Complaint with Incorporated Memorandum of Law* (doc. 34), filed on March 13, 2026. Defendant Commercial Jet Services, LLC ("CJS") filed a response in opposition to the motion on March 18, 2026. (*See* doc. 37.) Upon review, given that this case is still in its infancy, no discovery has been conducted yet, that leave to amend is to be given freely when justice so requires, and for good cause, Plaintiff's motion is due to granted. CJS may raise its futility arguments as part of a motion to dismiss. Accordingly, it is **ORDERED** as follows:

1. Plaintiff Zero Gravity Corporation's *Motion for Leave to File Second Amended Complaint with Incorporated Memorandum of Law* (doc. 34) is **GRANTED**;

2. Defendant Commercial Jet Services, LLC's *Motion to Dismiss Plaintiff's Amended Complaint with Incorporated Memorandum of Law* (doc. 26) is **DENIED** without prejudice as moot;

3. Plaintiff Zero Gravity Corporation **SHALL** file its Second Amended Complaint **on or before March 25, 2026**; and,

4. Defendant Commercial Jet Services, LLC **SHALL** file a response to the Second Amended Complaint **on or before April 3, 2026**.

**DONE** on this the 23rd day of March 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE