IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ZERO GRAVITY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-682-RAH-JTA |
| | ) | |
| COMMERCIAL JET SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is Defendant Commercial Jet Services, LLC's Verified Emergency Motion for Order Permitting Relocation of Aircraft and Request for Expedited Consideration. (Doc. No. 40.) On April 29, 2026, the court held a hearing on the motion. (Doc. No. 49.) Based on the representations made by the parties during the hearing, it is ORDERED as follows:

1. **On or before May 19, 2026,** Defendant shall file a supplemental brief stating the Federal Rule of Civil Procedure upon which it relies for its motion and include supporting caselaw.

2. A telephone status conference is set for **May 22, 2026, at 10:00 a.m.** The courtroom deputy shall provide the parties with the call information.

3. Defendant's motion (Doc. No. 40) is held in abeyance until the court decides the proper resolution.

Though the motion is held in abeyance, the parties are ADVISED that the undersigned expects the parties to continue to engage in good faith discussions to resolve

the dispute absent court intervention. Additionally, Plaintiff is expected to proceed with

any scheduled inspections before the telephone status conference.

DONE this 1st day of May, 2026.

_____

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE